# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON L. FAKE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADEPHIA COURT OF COMMON PLEAS, et al.** | : | **NO. 16-3893** |

## ORDER

AND NOW, this 27th day of July, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. Any amended complaint shall name all of the defendants in the caption of the amended complaint, shall state the factual basis for plaintiff's claims, and shall be a complete document that does not refer to or rely on other pleadings filed in this matter. Plaintiff shall not raise any claims that are (a) based on harm sustained by third parties; (b) based on deficiencies in the prosecution of third parties; (c) barred by the statute of limitations; or (d) seek relief from an improper or immune defendant. Upon the filing of an amendment, the Clerk shall not issue summonses until so ORDERED.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**