# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Brandon L. Fake

**16  3893**

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Philadelphia Court of Common Pleas

Judge Kevin M. Dougherty

Judge Margaret T. Murphy

Judge Holly J. Ford

Judge Joel S. Johnson

Judge Robert J. Matthews

Dianne J. Fake

Patrick J. Murphy

Margie M. Murphy

Mary Clark

John Clark, et al. "see attached"

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

## COMPLAINT

Jury Trial:  ☒ Yes   ☐ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Brandon L. Fake |
| | Street Address | 5341 Bowersox Parkway |
| | County, City | Weld County, Firestone |
| | State & Zip Code | Colorado  80504 |
| | Telephone Number | 303-506-9910 |

_Rev. 10/2009_

**Defendants**

Philadelphia Court of Common Pleas
Judge Kevin M. Dougherty
Judge Margaret T. Murphy
Judge Holly J. Ford
Judge Joel S. Johnson
Judge Robert J. Matthews
Dianne J. Fake
Patrick J. Murphy
Marge Murphy
Mary Clark
John Clark
Corinna A. Fake
Daniel Sulman
Anita N. Botchway
William Ketterlinus
Harry Frank
Allyson Totaro
Stephen M. Older
Kevin V. Mincey
Philadelphia Department of Human Services
Jessica S. Shapiro
Gary D. Williams
Jonathan Houlon
Margaret Henderson
Courtney Norella
Judicial Conduct Board of Pennsylvania
Judge Robert A. Graci
Judge Elizabeth S. Beckley
Judge P. Kevin Brobson
Judge Christine Fizzano Cannon
James C. Schwartzman
Lisa Steindel
Robert G. Del Greco, Jr.
Harold E. Flack, II
Richard T. Frazier
Philadelphia Police Department 8th district
Officer Marafino #4506
Officer Kimberly  Merry #2051
Jack Murphy
Judge Jennifer Harlacher Sibum
Philadelphia District Attorney's Office
Lauren Katona
Maryellen Fields
Helen Park

Defendant No.5    Judge Joel S. Johnson
                  1501 Arch Street, Suite 1418
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19102

Defendant No.6    Judge Robert J. Matthews
                  1501 Arch Street
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19102

Defendant No.7    Dianne J. Fake
                  3319 Ancona Road
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19154

Defendant No.8    Patrick J. Murphy                101 Army Pentagon
                  204 Mill Street, Unit 403        Washington D.C. 20310-0101
                  Bucks County, Bristol
                  Pennsylvania, 19007-4831

Defendant No.9    Marge Murphy                     113 Clover Lane
                  204 Mill Street, Unit 403        Lebanon County, Palmyra
                  Bucks County, Bristol            Pennsylvania, 17078
                  Pennsylvania, 19007-4831

Defendant No.10   Mary Clark
                  3614 Nanton Terrace
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19154

Defendant No.11   John Clark
                  3614 Nanton Terrace
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19154

Defendant No.12   Corinna A. Fake
                  3614 Nanton Terrace
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19154

Defendant No.13   Daniel Sulman
                  1501 Arch Street
                  Philadelphia County, Philadelphia
                  Pennsylvania, 19102

Defendant No.14    Anita N. Botchway
1501 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.15    William Ketterlinus
1501 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.16    Harry Frank
1501 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.17    Allyson Totaro
1147 Easton Road
Montgomery County, Abington
Pennsylvania,  19001

Defendant No.18    Stephen M. Older
1500 JFK Blvd., Suite 1900
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.19    Kevin V. Mincey
1500 JFK Blvd., Suite 1525
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.20    Philadelphia Department of Human Services
1515 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.21    Jessica S. Shapiro
1515 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.22    Gary D. Williams
1515 Arch Street
Philadelphia County, Philadelphia
Pennsylvania,  19102

Defendant No.23      Jonathan Houlon
                     1515 Arch Street
                     Philadelphia County, Philadelphia
                     Pennsylvania,  19102

Defendant No.24      Margaret Henderson
                     1515 Arch Street
                     Philadelphia County, Philadelphia
                     Pennsylvania,  19102

Defendant No.25      Courtney Norella
                     1515 Arch Street
                     Philadelphia County, Philadelphia
                     Pennsylvania,  19102

Defendant No.26      Judicial Conduct Board of Pennsylvania
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.27      Judge Robert A. Graci
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.28      Judge Elizabeth S. Beckley
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.29      Judge P. Kevin Brobson
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.30      Judge Christine Fizzano Cannon
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.31      James C. Schwartzman
                     601 Commonwealth Avenue, Suite 3500
                     Dauphin County, Harrisburg
                     Pennsylvania,  17102

Defendant No.32    Lisa Steindel
                   601 Commonwealth Avenue, Suite 3500
                   Dauphin County, Harrisburg
                   Pennsylvania,  17102

Defendant No.33    Robert G. Del Greco, Jr.
                   601 Commonwealth Avenue, Suite 3500
                   Dauphin County, Harrisburg
                   Pennsylvania,  17102

Defendant No.34    Harold E. Flack, II
                   601 Commonwealth Avenue, Suite 3500
                   Dauphin County, Harrisburg
                   Pennsylvania,  17102

Defendant No.35    Richard T. Frazier
                   601 Commonwealth Avenue, Suite 3500
                   Dauphin County, Harrisburg
                   Pennsylvania,  17102

Defendant No.36    Philadelphia Police Department 8th District
                   3100 Red Lion Road
                   Philadelphia County, Philadelphia
                   Pennsylvania,  19114

Defendant No.37    Officer Marafino, badge#4506
                   3100 Red Lion Road
                   Philadelphia County, Philadelphia
                   Pennsylvania,  19114

Defendant No.38    Officer Kimberly Merry, badge#2051
                   3100 Red Lion Road
                   Philadelphia County, Philadelphia
                   Pennsylvania,  19114

Defendant No.39    Jack Murphy
                   113 Clover Lane
                   Lebanon County, Palmyra
                   Pennsylvania,  17078

Defendant No.40    Judge Jennifer Harlacher Sibum
                   610 Monroe Street, Suite 221
                   Monroe County, Stroudsburg
                   Pennsylvania,  18360

Defendant No.41   Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia County, Philadelphia
Pennsylvania, 19107

Defendant No.42   Lauren Katona
Three South Penn Square
Philadelphia County, Philadelphia
Pennsylvania, 19107

Defendant No.43   Maryellen Fields
Three South Penn Square
Philadelphia County, Philadelphia
Pennsylvania, 19107

Defendant No.44   Helen Park
Three South Penn Square
Philadelphia County, Philadelphia
Pennsylvania, 19107

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Philadelphia Court of Common Pleas

Street Address 1501 Arch Street

County, City Philadelphia County, Philadelphia

State & Zip Code Pennsylvania 19102

Defendant No. 2

Name Judge Kevin M. Dougherty

Street Address 601 Commonwealth Ave. P.O. Box 61260

County, City Dauphin County, Harrisburg

State & Zip Code Pennsylvania 17106

Defendant No. 3

Name Judge Margaret T. Murphy

Street Address 1501 Arch Street 14th floor

County, City Philadelphia County, Philadelphia

State & Zip Code Pennsylvania 19102

Defendant No. 4

Name Judge Holly J. Ford

Street Address 1501 Arch Street, Suite 1560

County, City Philadelphia County, Philadelphia

State & Zip Code Pennsylvania 19102

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions Yes      Q  Diversity of Citizenship Yes

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 4th Amendment, 6th Amendment, 14th Amendment
    Title 18 of the United States Code , Title 42 of the United States Code 1983
    Title 28 of the United States Code , Title 10 of the United States Code 502

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  Colorado

Defendant(s) state(s) of citizenship  Pennsylvania

## III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur?  Philadelphia Court of Common Pleas Domestic Relations, Philadelphia, Pennsylvania

B.     What date and approximate time did the events giving rise to your claim(s) occur?  April 2004- through present date.

| What happened to you? | C.     Facts: The Philadelphia Court of Common Pleas has committed fraud, corruption, obstruction of justice and criminal conspiracy. The initial proceedings in this case were brought forth with malicious intent as well as the fact that Philadelphia Court of Common Pleas was not the proper venue and therefore lacked legal jurisdiction to proceed in this matter. As this case progressed, the level of vexatious and obdurate actions of both Dianne J. Fake and officers of the Court worsened. The Court has violated the Plaintiff's Constitutional Rights on at least nine occasions. |

| Who did what? | The five Judges listed as Defendants from the Philadelphia Court of Common Pleas have acted criminally as individuals and were influenced to take negative and unprecedented actions towards the Plaintiff. Former Congressman Patrick J. Murphy has used political influence and his position as an officer of the Court to serve out a personal vendetta for his very close and personal friend and neighbor, Dianne J. Fake. |

| Was anyone else involved? | Every individual listed as a Defendant has taken a role in these crimes and attrocities stated in this complaint. Upon discovery and depositions in this matter, there is certain to be more Defendants added to this case. |

| Who else saw what happened? | Plaintiff had legal counsel during some of these proceedings, Attorney Erik J. Conrad, Attorney Lauren H. Kane |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. These actions have caused severe mental anguish and emotional distress to the Plaintiff and members of his immediate family.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am praying upon this Court to impose disciplinary sanctions on the appropriate Defendants and award an amount of $10,000,000.00 to compensate for the twelve years of abuse that the Philadelphia Court of Common Pleas and the listed Defendants have enacted.



## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

BRANDON L. FAKE,

     PLAINTIFF,

                              CIVIL   ACTION NO.

     V.

PHILADELPHIA COURT OF
COMMON PLEAS,
JUDGE KEVIN M. DOUGHERTY,
JUDGE MARGARET T. MURPHY,
JUDGE HOLLY J. FORD,
JUDGE JOEL S. JOHNSON,
JUDGE ROBERT J. MATTHEWS,
DIANNE J. FAKE,
PATRICK J. MURPHY,
MARGE MURPHY,
MARY CLARK,
JOHN CLARK,   ET AL.,

     DEFENDANTS,

## **COMPLAINT AND JURY DEMAND**

1.  The Philadelphia Court of Common Pleas has taken actions outside of it's legal jurisdiction with malicious intent under color of law to violate the Plaintiff's United States Constitutional Rights.

2.  Judge Kevin M. Dougherty has violated the rights of the Plaintiff in his official capacity as the Administrative Judge and as an individual by and through his close personal and unethical relationship with Patrick, Marge and Jack Murphy.

3.  Judge Margaret T. Murphy has violated the rights of the Plaintiff in her official Capacity as the Supervising Judge, more recently as the Administrative Judge and as an individual by and through her close personal and un-ethical relationship with Murphy's.

4. Judge Holly J. Ford committed Fraud Upon the Court in her official capacity and as an individual by intentionally and knowingly making false statements in official Court documents with the intent of concealing the ongoing crimes that the Philadelphia Court of Common Pleas has committed.

5. Judge Joel S. Johnson has acted under color of law with malicious intent in his official capacity and as an individual, to deprive the Plaintiff of rights that are guaranteed by The 6th Amendment of the United States Constitution. Joel S. Johnson has unlawfully imprisoned the Plaintiff.

6. Judge Robert J. Matthews has acted under color of law with malicious intent in his official capacity and as an individual, to deprive the Plaintiff of rights guaranteed by The 6th Amendment of the United States Constitution. Robert J. Matthews has made verbal threats and has coerced the Plaintiff.

7. Dianne J. Fake has committed fraud by initiating a fraudulent claim in a court that did not have any legal jurisdiction to hear the case. This action was taken with the malicious intent to defraud the Plaintiff. Dianne Fake had the full knowledge and understanding that the personal and political influence of the Murphy family would assist in her criminal intent.

8. Patrick J. Murphy has committed Fraud Upon the Court by using his political influence and his personal relationships with the aforementioned judges. As an officer of the Court, Patrick J. Murphy has conducted a scheme to "Railroad" the Plaintiff on a track of vexatious and obdurate actions that has corrupted the Administration and Supervision of the Philadelphia Court of Common Pleas. The influence of Patrick J. Murphy continued to affect the decisions and actions of the Court throughout a time that

2

Mr. Murphy ran for and was elected to the United States Congress. This heinous atrocity was enacted as a personal vendetta for Dianne J. Fake who grew up as his next door neighbor and former romantic partner and they maintain a close personal relationship of over 35 years.

9. Marge Murphy has taken part in this criminal conspiracy by using her personal relationships with other Defendants to interfere with the normal judicial procedure.

10. Mary Clark has taken part in this criminal conspiracy by using her personal relationships with other Defendants to interfere with the normal judicial procedure.

11. John Clark has taken part in this criminal conspiracy by using his personal relationships with other Defendants to interfere with the normal judicial procedure.

12. Corinna A. Fake has taken part in this criminal conspiracy by using her personal relationships with other Defendants to interfere with the normal judicial procedure and has made false statements and reports with malicious intent.

13. Daniel Sulman has committed Fraud Upon the Court as an officer of the Court and as an individual by engaging in unethical behavior and ignoring material evidence in this case.

14. Anita N. Botchway has committed Fraud Upon the Court as an officer of the Court and as an individual by engaging in unethical behavior and ignoring material evidence in this case.

15. William Ketterlinus has committed Fraud Upon the Court as an officer of the Court and as an individual by engaging in unethical behavior and ignoring material evidence in this case.

16. Harry Frank has committed Fraud Upon the Court as an officer of the Court and

3

as an individual by engaging in unethical behavior and taking actions that have violated
the Plaintiff's civil rights.

17. Allyson Totaro has committed Fraud Upon the Court by initiating a fraudulent
claim with the full knowledge and understanding that her client, Dianne J. Fake maintains
a close personal relationship with Patrick J. Murphy.

18. Stephen M. Older has committed Fraud Upon the Court through his representation
of Dianne J. Fake with the full knowledge and understanding of the close relationship that
she maintains with the Murphy family.

19. Kevin V. Mincey has committed Fraud Upon the Court through his representation
of Dianne J. Fake in her felony case CP-51-CR-0012816-2013, with the full knowledge
and understanding that the Murphy family has the ability to make the charges disappear.

20. Philadelphia Department of Human Services has failed to protect the minor
children in this case by allowing them to remain in a dangerous and abusive environment
with the full knowledge and understanding that adverse actions against Dianne J. Fake
would result in political backlash from the Murphy family and their constituents.

21. Jessica S. Shapiro has failed to take appropriate actions to protect the minor
children in her official capacity as the Commissioner of the Philadelphia Department of
Human Services. Jessica S. Shapiro has acted as an individual with the full knowledge
and understanding that Dianne J. Fake has the full support of the politically corrupt
machine that the Murphy family controls.

22. Gary D. Williams has failed to take appropriate actions to protect the minor
children in his official capacity as the Deputy Commissioner of the Philadelphia
Department of Human Services. Gary D. Williams has acted as an individual with the full

4

knowledge and understanding that Dianne J. Fake has the full support of the politically corrupt machine that the Murphy family controls.

23. Jonathan Houlon has failed to take appropriate actions to protect the minor children in his official capacity as the Chief Deputy City Solicitor. Jonathon Houlon has acted as an individual by conspiring to conceal and destroy records that pertain to the numerous reports of abuse against Dianne J. Fake with the full knowledge and understanding that Dianne J. Fake has the full support of the politically corrupt machine that the Murphy family controls.

24. Margaret Henderson has failed to take appropriate actions to protect the minor children in her official capacity as an investigator and has acted as an individual with the full knowledge and understanding that Dianne J. Fake has the full support of the politically corrupt machine that the Murphy family controls.

25. Courtney Norella has failed to provide documentation regarding the minor children in her official capacity as Deputy City Solicitor. Courtney Norella has acted as an individual by conspiring to conceal and destroy records that pertain to the numerous reports of abuse against Dianne J. Fake with the full knowledge and understanding that Dianne J. Fake has the full support of the politically corrupt machine that the Murphy family controls.

26. Judicial Conduct Board of Pennsylvania has failed to uphold the integrity and the public opinion of the judicial process. The Board has displayed gross negligence by failing to take action in any of the numerous complaints filed and have ignored material evidence that has established the involvement and connections that establish the fact that Defendants in this case have conspired to commit Fraud Upon the Court.

5

27. Judge Robert A. Graci has failed in his official capacity to properly investigate reports of judicial misconduct. Robert A. Graci has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

28. Judge Elizabeth S. Beckley has failed in her official capacity to properly investigate reports of judicial misconduct. Elizabeth S. Beckley has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

29. Judge P. Kevin Brobson has failed in his official capacity to properly investigate reports of judicial misconduct. P. Kevin Brobson has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

30. Judge Christine Fizzano Cannon has failed in her official capacity to properly investigate reports of judicial misconduct. Christine Fizzano Cannon has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

31. James C. Schwartzman has failed in his official capacity to properly investigate reports of judicial misconduct. James C. Schwartzman has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

32. Lisa Steindel has failed in her official capacity to properly investigate reports of judicial misconduct. Lisa Steindel has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

6

33. Robert G. Del Greco, Jr. has failed in his official capacity to properly investigate reports of judicial misconduct. Robert G. DelGreco, Jr. has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

34. Harold E. Flack, II has failed in his official capacity to properly investigate reports of judicial misconduct. Harold E. Flack, II has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

35. Richard T. Frazier has failed in his official capacity to properly investigate reports of judicial misconduct. Richard T. Frazier has acted as an individual with the full knowledge and understanding that political corruption and influence has taken place in the matter.

36. Philadelphia Police Department 8th district has failed to take appropriate actions to protect the welfare of minor children and failed to make arrests of Dianne J. Fake and Corinna A. Fake when necessary, due to the full knowledge and understanding that Jack Murphy is a close friend to the perpetrators.

37. Officer Marafino, badge #4506 has failed to protect minor children when they had been victims of abuse and neglect. Marafino has acted outside of his legal jurisdiction by conspiring with Dianne J. Fake in felony interference of a custody order. Marafino has acted as an individual with the full knowledge and understanding of the close relationship with the Murphy's.

38. Officer Kimberly Merry, badge#2051 has failed to protect minor children when they had been victims of abuse and neglect. Officer Merry has blatantly disregarded

7

material evidence and statements with the full knowledge and understanding of the close relationship with the Murphy's.

39. Jack Murphy has used his influence as a retired sergeant in the 8th district to protect his close friends and neighbors. This pattern of corruption dates back to the timeframe when Dianne J. Fake and Patrick J. Murphy were teenagers.

40. Judge Jennifer Harlacher Sibum has failed in her official capacity to protect the welfare of minor children. Jennifer Harlacher Sibum has acted as an individual and a coward when presented with the knowledge of the corruption and fraud that has been committed by Kevin M. Dougherty and the Philadelphia Court of Common Pleas.

41. Philadelphia District Attorney's Office has committed Fraud Upon the Court and has obstructed justice in the Plaintiff's case and criminal case CP-51-CR-0012816-2013. These crimes were committed under color of law with the full knowledge and understanding of Dianne J. Fake's relationship with the Murphy's.

42. Lauren Katona has committed Fraud Upon the Court and has obstructed justice in criminal case CP-51-CR-0012816-2013. These crimes were committed under color of law with the full knowledge and understanding of Dianne J. Fake's relationship with the Murphy's.

43. Maryellen Fields has committed Fraud Upon the Court and has obstructed justice in criminal case CP-51-CR-0012816-2013. These crimes were committed under color of law with the full knowledge and understanding of Dianne J. Fake's relationship with the Murphy's.

44. Helen Park has committed Fraud Upon the Court and has obstructed justice in criminal case CP-51-CR-0012816-2013. These crimes were committed under color of

law with the full knowledge and understanding of Dianne J. Fake's relationship with the Murphy's.

45. April 12, 2004 Allyson Totaro and Stephen M. Older conspire with Dianne J. Fake to commit Fraud Upon the Court by filing for spousal support in an improper venue. At the time of this filing the officers of the Court had the full knowledge that child custody, divorce, and support matters had already commenced in the proper forum in Monroe County, Pennsylvania. This action was filed with malicious intent to deprive the Plaintiff of Constitutional Rights.

46. April 12, 2004 the Philadelphia Court of Common Pleas accepts the above complaint as an inappropriate tribunal without proper venue or legal jurisdiction and failed to forward the complaint to the appropriate tribunal even after being notified verbally and in writing by the Plaintiff. This action was taken with malicious intent to deprive the Plaintiff of Constitutional Rights.

47. March 8, 2005 Daniel Sulman and Anita N. Botchway engaged in an unethical ex parte conversation in which material evidence and guidance of a decision was discussed. The name Murphy was mentioned and slanderous statements were made by Daniel Sulman. The Plaintiff was witness to this entire conversation via teleconference.

48. March 16, 2005 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by seizing personal property under color of law without due process

49. April 17, 2005 the Philadelphia Court of Common Pleas and it's officers acted outside of jurisdiction under color of law to commit a false arrest of the Plaintiff.

50. April 17, 2005 officers in the 8th district used excessive force during the false arrest while acting under color of law.

9

51. April 17, 2005 officers in the 8th district assaulted and robbed the Plaintiff of $100

52. August 13, 2005 the Philadelphia Court of Common Pleas and it's officers acted outside of jurisdiction under color of law to conduct an illegal search of the home belonging to the Plaintiff's family in violation of Constitutional Rights.

53. May 9, 2006 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by denying the Plaintiff the right to legal representation and proceeded to imprison the Plaintiff. Judge Joel S. Johnson presided.

54. May 10, 2006 the Philadelphia Court of Common Pleas acting under color of law refused to release the Plaintiff from prison after the established purge amount had been paid in full. Plaintiff was unlawfully imprisoned for over 36 hours.

55. September 18, 2006 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by seizing personal property under color of law without due process.

56. February 21, 2007 Judge Robert J. Matthews engaged in witness intimidation under color of law on the record.

57. April 3, 2007 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by denying the Plaintiff the right to legal representation and proceeded to sentence the Plaintiff to prison. Judge Robert J. Matthews presided.

58. April 3, 2007 Harry Frank as an assistant DA and Dianne J. Fake enter into an unethical relationship in which he became private counsel for Dianne J. Fake when she had an attorney of record and was earning a substantial income as the record will show.

59. October 9, 2007 the Philadelphia Court of Common Pleas under color of law has engaged in witness intimidation and coercion to force the Plaintiff to withdraw an appeal.

60. December 21, 2007 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by seizing personal property under color of law without due process.

61. November 19, 2008 the Philadelphia Court of Common Pleas violated the Plaintiff's Constitutional Rights by seizing personal property under color of law without due process.

62. On or about January 22, 2013 Patrick J. Murphy has obstructed justice by using political influence in the Bucks County felony case of CP-09-CR-0004363-2013 in the allowance of unprecedented courtesies to Corinna Fake who pled guilty to such violent offenses.

63. September 24, 2013 Judge Kevin M. Dougherty commits fraud and obstruction of justice by falsifying documents and records following the felony arrest of Dianne J. Fake, CP-51-CR-0012816-2013. Kevin M. Dougherty docketed Ms. Fake's criminal case using a fictitious birthdate of 09/18/1970. This fraud was intentionally perpetrated to protect Ms. Fake from having her professional license revoked and eliminate the possibility of criminal records searches discovering these charges.

64. On or about September 24, 2013 Patrick J. Murphy obstructed justice as an officer of the Court by using his political influence to conduct a scheme to allow the criminal charges against Dianne J. Fake and Corinna A. Fake to eventually disappear without ever going to trial.

65. September 25, 2013 Judge Kevin M. Dougherty commits fraud by falsifying documents and granted an illegal name change to Dianne N. Fake. This fraud was intentionally perpetrated with malicious intent due to the fact that the criminal case could

11

not exist on the same record as Dianne J. Fake 09/18/1970 or Dianne J. Fake 09/18/1971,
therefore the administrative decision was made to change the domestic relations record to
Dianne N. Fake.

66. September 25, 2013 the Philadelphia Court of Common Pleas violated the
Plaintiff's Constitutional Rights by seizing personal property under color of law without
due process. This order is fraudulent as Dianne N. Fake is a fictional character.

67. March 5, 2014 the Philadelphia Court of Common Pleas commits Fraud Upon the
Court by ignoring a filing of contempt from the Plaintiff.

68. December 1, 2014 William Ketterlinus commits Fraud Upon the Court by the
issuance of an interim order. This order is fraudulent as Dianne N. Fake is a fictional
character.

69. October 2, 2015 Judge Holly J. Ford commits Fraud Upon the Court by filing an
opinion in the Superior Court. Holly J. Ford has perjured herself by intentionally and
knowingly making false statements in an attempt to conceal the course of illegal, corrupt,
vexatious and obdurate actions that she and her fellow officers have taken under color of
law.

70. May 16, 2016 the Philadelphia Court of Common Pleas violated the Plaintiff's
Constitutional Rights by seizing personal property under color of law without due process
. This order is fraudulent as Dianne N. Fake is a fictional character.

71. April 2004- present, the Philadelphia Court of Common Pleas has acted under
color of law. Plaintiff incorporates and restates each of the above paragraphs as if fully set
forth herein.

72. April 2004- present, the Philadelphia Court of Common Pleas has discriminated

12

against the Plaintiff on the basis of age, race and gender. Plaintiff incorporates and restates each of the above paragraphs as if fully set forth herein.

73. April 2004- present, the Philadelphia Court of Common Pleas has violated the the Plaintiff's United States Constitutional Rights while acting under the color of law. Plaintiff incorporates and restates each of the above paragraphs as if fully set forth herein.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment against the Defendants providing the following relief:

a. Compensatory damages in an amount in excess of $10,000,000.00, excluding costs and interest, that Plaintiff is found to be entitled.

b. Punitive damages against the Defendants in an amount that the Court deems fair, excluding costs and interest, that Plaintiff is found to be entitled.

c. An order restraining the Defendants from further acts of discrimination and retaliation.

d. Criminal charges to be filed against the Defendants that have committed criminal acts.

e. An award of interest, costs, and reasonable attorney's fees.

f. Any other action or relief as the Court deems appropriate.

By: _Brandon L. Fake_

Brandon L. Fake
5341 Bowersox Parkway
Firestone, Colorado   80504
303-506-9910

13

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  14th day of  July                                    , 20 16 .


Signature of Plaintiff  _Brandon L. Fahe_

Mailing Address  5341 Bowersox Parkway

                 Firestone, Colorado  80504

                 Weld County

Telephone Number  303-506-9910

Fax Number *(if you have one)*  303-834-9480

E-mail Address  overlook5001@yahoo.com


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
         provide their inmate numbers, present place of confinement, and address.