IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON L. FAKE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHILADEPHIA COURT OF COMMON PLEAS, et al.** | : | **NO. 16-3893** |
| | : | |

### ORDER

AND NOW, this 17th day of October, 2016, upon consideration of plaintiff's amended complaint (ECF No. 5), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons stated in the Court's Memorandum. The following claims are **DISMISSED with prejudice**: (a) all claims based on events that took place prior to July 18, 2014; (b) all claims against the Philadelphia Court of Common Pleas; (c) all claims against the Philadelphia Department of Human Services; (d) all claims against the Philadelphia Police Dept. 8th District; (e) all claims against Judges and Special Masters who presided over plaintiff's cases based on their rulings/recommendations and how they handled docketing and scheduling in the cases over which they presided; (f) all claims seeking relief based on harm sustained by plaintiff's children; (g) all claims seeking relief for an alleged failure to investigate reports of child abuse or criminal activity; and (h) all claims based on criminal statutes.

2. Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this order **only with respect to his claims that have not been dismissed with prejudice**. Any second amended complaint shall name all of the defendants in the caption of the pleading, shall state the factual basis for plaintiff's claims, and shall be a complete document that

does not refer to or rely on other pleadings filed in this matter. Upon the filing of an amendment, the Clerk shall not issue summonses until so ORDERED.

              **BY THE COURT:**

              */s/ Gerald J. Pappert*
              **GERALD J. PAPPERT, J.**