# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON L. FAKE** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 16-3893** |

## ORDER

AND NOW, this 21st day of December, 2016, upon consideration of plaintiff's second amended complaint (ECF No. 8), it is ORDERED that:

1. The second amended complaint is **DISMISSED with prejudice** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**